UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERESA CIPOLLONE AND              :  No. 10-CV-00175 (RML)
FRANK CIPOLLONE,

                                  :

                    Plaintiffs,      **CROSS CLAIM**

                                  :

       -against-

                                  :

ARAMARK HEALTHCARE SUPPORT
SERVICES, LLC                     :


                    Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARAMARK HEALTHCARE SUPPORT        :
SERVICES, LLC

                                  :

                    Third-Party plaintiff,

                                  :

       - against -

                                  :

STONHARD INC.,

                                  :

                    Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STONCOR GROUP, INC.               :

              Second Third-Party plaintiff, :

       - against -                :

METRO FLOORS, INC.                :

              Second Third-Party Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Defendant/Third-Party Plaintiff ARAMARK HEALTHCARE SUPPORT SERVICES,

LLC, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER,

LLP as and for its cross-claim against Second Third-Party Defendant METRO FLOORS, INC., respectfully alleges, upon information and belief as follows:

1.     If and in the event plaintiff sustained the injuries and damages complained of by reason other than the plaintiff's own carelessness, recklessness, negligence and/or acts or omissions or commissions, then such injuries and damages were caused entirely by reason of the wrongful conduct or carelessness, recklessness, negligence and/or acts or omissions or commissions and/or breach of contract of Second Third-Party Defendant METRO FLOORS, INC., there being no active or primary wrongdoing, or negligence on the part of ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, contributing thereto.

2.     By reason of the foregoing, the cross-claiming Defendant/Third-Party Plaintiff is entitled to full common law and/or contractual indemnity in the full amount of any recovery herein by the plaintiff or for such proportion thereof caused by METRO FLOORS, INC., and this cross-claiming defendant/third-party plaintiff is entitled to judgment over and against Second Third-Party Defendant METRO FLOORS, INC., for all and any part of any verdict or judgment which plaintiff may recover against ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, as well as any and all attorney's fees, costs and disbursements.

**WHEREFORE,** the Defendant/Third-Party Plaintiff ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, hereby demands judgment dismissing the Complaint of the plaintiff and granting judgment on its cross-claim, together with the costs and disbursements of this action, including, but not limited to, attorneys' fees and, alternatively, demands that any judgment obtained by plaintiff be reduced and apportioned as provided by law and for such other and further relief as this Court determines to be just and proper.

2936895.1

Dated:  White Plains, New York
        October 15, 2010

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

Joseph P. Wodarski (JW 0557)
*Attorneys for Defendant/Third-Party*
*Plaintiff*
*ARAMARK HEALTHCARE SUPPORT*
*SERVICES, LLC*
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
File No.: 00804.00039

TO:    AMEDURI, GALANTE & FRISCIA
       John S. Friscia, Esq.
       *Attorneys for Plaintiffs*
       471 Bement Avenue
       Staten Island, NY 10310
       Tel:  (718) 442-9000
       Fax:  (718) 273-5219
       File No.:  2726

       HERZFELD & RUBIN, P.C.
       Michael B. Sena, Esq.
       *Attorneys for Third-Party Defendant/*
       *Second Third-Party Plaintiff*
       *Stoncor Group, Inc.*
       125 Broad Street
       New York, NY 10004
       Tel:  (212) 471-8527 (direct)
       Fax:  (212) 344-3333
       msena@herzfeld-rubin.com

       GALLO VITUCCI & KLAR LLP
       Daniel P. Mevorach, Esq.
       *Attorneys for Second Third-Party Defendant*
       *Metro Floors, Inc.*
       90 Broad Street, 3rd Floor
       New York, NY 10004
       Tel:  (212) 683-7100
       File No.:  HV-2010-33

3

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Attorneys for Defendant/Third-Party Plaintiff**
**ARAMARK HEALTHCARE SUPPORT SERVICES, LLC**
**Office and P.O. Address**
**3 Gannett Drive**
**White Plains, New York 10604**
**(914) 323-7000**
**File No.:  00804.00039**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TERESA CIPOLLONE AND        :    No. 10-CV-00175 (RML)
FRANK CIPOLLONE,

                         :

                Plaintiffs,    **CERTIFICATE OF SERVICE**

                         :

        -against-

                         :

ARAMARK HEALTHCARE SUPPORT
SERVICES, LLC                  :


                    Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARAMARK HEALTHCARE SUPPORT    :
SERVICES, LLC

                         :

             Third-Party plaintiff,

                         :

       - against -

                         :

STONHARD INC.,

                         :

            Third-Party Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STONCOR GROUP, INC.          :

        Second Third-Party plaintiff, :

       - against -                 :

METRO FLOORS, INC.           :

        Second Third-Party Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK          )
                           ) :
COUNTY OF WESTCHESTER )

**Joseph P. Wodarski**, an attorney duly admitted to practice law before this Court declares pursuant to 28 U.S.C. §1746 and affirms under the penalties of perjury that the following is true and correct:

That on the 18th day of October, 2010 I served the following:

**CROSS CLAIM**

Upon:

AMEDURI, GALANTE & FRISCIA
John S. Friscia, Esq.
*Attorneys for Plaintiffs*
471 Bement Avenue
Staten Island, NY 10310
Tel:  (718) 442-9000
Fax:  (718) 273-5219
File No.:  2726

HERZFELD & RUBIN, P.C.
Michael B. Sena, Esq.
*Attorneys for Third-Party Defendant/*
*Second Third-Party Plaintiff*
*Stoncor Group, Inc.*
125 Broad Street
New York, NY 10004
Tel:  (212) 471-8527 (direct)
Fax:  (212) 344-3333
msena@herzfeld-rubin.com

GALLO VITUCCI & KLAR LLP
Daniel P. Mevorach, Esq.
*Attorneys for Second Third-Party Defendant*
*Metro Floors, Inc.*
90 Broad Street, 3rd Floor
New York, NY 10004
Tel:  (212) 683-7100
File No.:  HV-2010-33

By U.S. Mail and electronically filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notice the following CM/ECF participants in this case:

Dated:  White Plains, New York
        October 18, 2010

_____
Joseph P. Wodarski (JW0557)

Index No.  102592/2009

Joseph Wodarski
00804.00039

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

TERESA CIPOLLONE AND FRANK CIPOLLONE

                              Plaintiffs,

        -against-

ARAMARK HEALTHCARE SUPPORT SERVICES, LLC,

                              Defendant.

AND OTHER ACTIONS

CROSS CLAIM

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*Attorneys For*   Aramark Healthcare Support Services, Inc.

*Office & Post Office Address, Telephone*
3 GANNETT DRIVE
WHITE PLAINS, NEW YORK 10604
(914) 323-7000

2597008.1